# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| | |
|---|---|
| IN UNITED STATES | ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
| IN THE CASE OF | USA vs. Lorie Westerfield |
| FOR | Northern |
| AT | Illinois |

**LOCATION NUMBER**

**PERSON REPRESENTED** (Show your full name): Lorie Westerfield

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**CHARGE/OFFENSE** (describe if applicable & check box) → ☒ Felony ☐ Misdemeanor

18 USC 513(a)

**DOCKET NUMBERS**
- Magistrate:
- District Court: 08 CR 466
- Court of Appeals:

FILED 6-26-08 JUN 2 6 2008

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: Law office of Lorie K Westerfield, LTD
- IF YES, how much do you earn per month? $ 8000.00/avg
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
- RECEIVED: None
- SOURCES:

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ 250.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT:
  - $ 450,000 — 765 E 41st Chicago 60653
  - $ 350,000 — 4339 S King Chicago
  - $ 300,000 — 2100 & 2102 E 73rd Chicago
  - $ 12,500 — ETRADE IRA

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt (est) | Monthly Payt. (est) |
|---|---|---|---|
| All Mortgages | Countrywide, ASC, AHM | $ 1,100,000 | $ 8000.00 |
| All Credit Cards | | $ 25,000+ | $ 1000.00 |
| Student Loans | | $ 110,000 | $ 52 |
| Household Expenses | | $ varies | $ 3600.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6-26-08

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED) ▶ [signature]